DENNIS BUSCH
DOCKET #: 373163
3/25/22

RECEIVED
APR 01 2022
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

To whom it may concern,

I'm contacting you in regards to Docket Number: 373163. I'm currently in federal prison in California. I just had my "Team Meeting" and my report shows a "Pending Charge" for the Docket Number mentioned above. While I was in Caddo CCC that case was dismissed. Can you please send me documentation that it was dismissed?

Thank you,

Dennis Busch

Dennis Busch
01556-509
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113